| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 03 | |
|---|---|---|---|
| **MAGISTRATE JUDGE MINUTE ORDER** | DEPUTY CLERK<br>Lili M. Harrell | REPORTER/FTR<br>FTR 9:40am - 9:43am | |
| MAGISTRATE JUDGE<br>Elizabeth D. Laporte | DATE<br>January 16, 2008 | NEW CASE ☐ | CASE NUMBER<br>3-07-70347 MAG |

### APPEARANCES

| DEFENDANT<br>Geraldo Rodrigues | AGE | CUST<br>Y | P/NP<br>P | ATTORNEY FOR DEFENDANT<br>Ron Tyler | PD. ☒ RET. ☐<br>APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Denise Barton | INTERPRETER<br>Susan Howard - Portuguese | | ☐ FIN. AFFT SUBMITTED | | ☐ COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | ☐ DEF ELIGIBLE FOR APPT'D COUNSEL | | ☐ PARTIAL PAYMENT OF CJA FEES ☐ |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT HEARING |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

*FILED JAN 16 2008 RICHARD W. [WIEKING] CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED<br>☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

| ☒ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☐ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO:<br>1/30/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☐ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT:<br>9:30am | ☐ SUBMIT FINAN. AFFIDAVIT | ☒ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON.<br>Laporte | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

AFPD informs the Court there is no conflict in representing this defendant. AFPD Ron Tyler appointed. Detention hearing set for 1/18/08 is VACATED.