JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 03-07-70347 BZ |
|    Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| GERALDO RODRIGUES, | |
|    Defendant. | |

   On January 16, 2008, when the parties last appeared on this matter, the Court set a further date of January 30, 2008 for a Preliminary Hearing / Arraignment. The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the January 30, 2008 calendar and be continued until March 7, 2008 and that time should be excluded from the Speedy Trial Act calculations from January 30, 2008 through March 7, 2008 for effective preparation of counsel. The parties are discussing pre-trial resolution of this matter and require additional time for defense counsel to review discovery and for the parties to engage in meaningful discussions. Further, counsel for the defendant does not believe that it is within his

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ
1

client's best interest to hold a preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d).  The parties represent that granting this continuance is necessary for effective preparation of counsel to permit defense counsel to review discovery and to afford counsel time to discuss pre-indictment resolution, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

IT IS SO STIPULATED.

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: January 25, 2008                             _____/s/_____
DENISE MARIE BARTON
Assistant United States Attorney

DATED: January 25, 2008                             _____/s/_____
RONALD C. TYLER
Attorney for GERALDO RODRIGUES

**IT IS SO ORDERED.**

   For the reasons stated above, the Preliminary Hearing shall be removed from the January 30, 2008 calendar and be continued until March 7, 2008.  The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from January 30, 2008 through March 7, 2008 for effective preparation of counsel.  See 18 U.S.C. §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

DATED:_ 1/28/08 _____                    _____*Elizabeth D. Laporte*_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70347 BZ