JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7359
    Facsimile: (415) 436-7234
    denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR No. 03-07-70347 BZ |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| GERALDO RODRIGUES, | |
| Defendant. | |

    This matter is set for a Preliminary Hearing on March 7, 2008.  The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the March 7, 2008 calendar and be continued until March 28, 2008 and that time should be excluded from the Speedy Trial Act calculations from March 7, 2008 through March 28, 2008 for effective preparation of counsel.   The parties have been and continue to discuss pre-trial resolution of this matter and require additional time for the parties to engage in meaningful discussions.  Counsel for the government was not available for such discussions for most of the past month due to the fact that she suffered a knee injury on February 2, 2008; underwent surgery on February 20,

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ
1

1 2008; and returned to the office on March 3, 2008. Counsel for the government was out of the
2 office on sick leave for most of this time between February 2, 2008 and March 3, 2008. Further,
3 counsel for the defendant does not believe that it is within his client's best interest to hold a
4 preliminary hearing within 20 days, pursuant to Fed. R. Crim. P. 5.1(c),(d). The parties represent
5 that granting this continuance is necessary for effective preparation of counsel to permit counsel
6 time to discuss pre-indictment resolution, taking into account the exercise of due diligence. See
7 18 U.S.C. § 3161(h)(8)(B)(iv).

9 IT IS SO STIPULATED.

10                                                          JOSEPH P. RUSSONIELLO
                                                            United States Attorney

13 DATED: March 4, 2008                         _____/s/_____
                                                            DENISE MARIE BARTON
                                                            Assistant United States Attorney

16 DATED: March 4, 2008                         _____/s/_____
                                                            RONALD C. TYLER
                                                            Attorney for GERALDO RODRIGUES

18 **IT IS SO ORDERED.**

20     For the reasons stated above, the Preliminary Hearing shall be removed from the March 4,
21 2008 calendar and be continued until March 28, 2008. The Court further finds that the ends of
22 justice served by the continuance outweigh the best interests of the public and the defendant in a
23 speedy trial and that time should be excluded from the Speedy Trial Act calculations from March
24 7, 2008 through March 28, 2008 for effective preparation of counsel. See 18 U.S.C.
25 §3161(h)(8)(A). The failure to grant the requested continuance would deny the defendant
26 //
27 //
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

2

1   effective preparation of counsel, taking into account the exercise of due diligence, and would
2   result in a miscarriage of justice.  <u>See</u> 18 U.S.C. §3161(h)(8)(B)(iv).
3
4
5   DATED: _March 4, 2008_                     _____
6                                              Honorable
7                                              United States 
8
...
28
STIPULATION AND [<s>PROPOSED</s>] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

3