JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7359
   Facsimile: (415) 436-7234
   denise.barton@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 03-07-70347 BZ |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
|    v. ) | |
| GERALDO RODRIGUES, ) | |
|    Defendant. ) | |

   This matter is set for a Preliminary Hearing on March 28, 2008. The parties now stipulate and request that the Court enter an Order that the Preliminary Hearing be removed from the March 28, 2008 calendar and be continued until April 25, 2008 and that time should be excluded from the Speedy Trial Act calculations from March 28, 2008 through April 25, 2008 for effective preparation of counsel. Since the last appearance before this Court, the defendant has been designated as a material witness and held on a material witness arrest warrant in the matter of *United States v. Glenio Jesua Ferreira Silva*, 07-678 JSW. The parties anticipate that the defendant will be deposed in this matter in early to mid-April 2008. The parties have been

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ
1

1  and continue to discuss pre-trial resolution of this matter and require additional time for the
2  parties to engage in meaningful discussions.  Further, counsel for the defendant does not believe
3  that it is within his client's best interest to hold a preliminary hearing within 20 days, pursuant to
4  Fed. R. Crim. P. 5.1(c),(d).  The parties represent that granting this continuance is necessary for
5  effective preparation of counsel to permit counsel time to discuss pre-indictment resolution,
6  taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

8  IT IS SO STIPULATED.

9                                                                JOSEPH P. RUSSONIELLO
                                                                  United States Attorney

11
   DATED: March 27, 2008                           _____/s/_____
12                                                                DENISE MARIE BARTON
                                                                  Assistant United States Attorney

14
   DATED: March 27, 2008                           _____/s/_____
15                                                                RONALD C. TYLER
                                                                  Attorney for GERALDO RODRIGUES

17  **IT IS SO ORDERED.**

19     For the reasons stated above, the Preliminary Hearing shall be removed from the March 28,
20  2008 calendar and be continued until April 25, 2008.  The Court further finds that the ends of
21  justice served by the continuance outweigh the best interests of the public and the defendant in a
22  speedy trial and that time should be excluded from the Speedy Trial Act calculations from March
23  28, 2008 through April 25, 2008 for effective preparation of counsel.  See 18 U.S.C.
24  §3161(h)(8)(A).  The failure to grant the requested continuance would deny the defendant
25  effective preparation
26  //
27  //
28

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND
EXCLUDING TIME - CR 03-07-70347 BZ

2

1  of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of
2  justice. See 18 U.S.C. §3161(h)(8)(B)(iv).
3
4
5  DATED: 03/31//08
6  
   Honorable _____ Spero
7  United States Magistrate Judge
8

STIPULATION AND [PROPOSED] ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME - CR 03-07-70347 BZ

3