AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location: **NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Title 18, U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term of One Year, Maximum Fine $100,000, Maximum Supervised Release of One Year, Mandatory Special Assessment of $25

### DEFENDANT - U.S.
▶ GERALDO RODRIGUES, aka JOSE LUCIANO LEAL

**DISTRICT COURT NUMBER**
CR 08 - 0241 MAG

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution: USM

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

FILED APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO. CR 03-07-70347

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Denise M. Barton

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3                                          **FILED**
4                                          APR 1 5 2008
5                                          RICHARD W. WIEKING
                                           CLERK, U.S. DISTRICT COURT
6                                          NORTHERN DISTRICT OF CALIFORNIA

                                           E-filing

7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11                                 CR 08         0241
12  UNITED STATES OF AMERICA,      )  No.
                                   )
13         Plaintiff,               )  VIOLATION: Title 18, United States Code,
                                   )  Section 1028(a)(4) – Possession of an       MAG
14         v.                      )  Identification Document with Intent to
                                   )  Defraud the United States (Class A
15  GERALDO RODRIGUES,             )  Misdemeanor)
       a/k/a Jose Luciano Leal,    )
16                                 )
           Defendant.              )  SAN FRANCISCO VENUE
17                                 )
                                   )
18  ─────────────────────────
                        INFORMATION
19
    The United States Attorney charges:
20
         Beginning on or about September 24, 1999 and continuing until on or about July 25,
21
    2004, in the Northern District of California, the defendant,
22
                              GERALDO RODRIGUES,
23                            a/k/a Jose Luciano Leal,

24  knowingly possessed an identification document, authentication feature, and false identification

25  document, that was not an identification document issued lawfully for his use, to wit: one

26  California driver's license in the name of Jose Luciano Leal, with the intent that such

27  //

28  //

    INFORMATION                    Page 1 of 2

1 | document and feature be used to defraud the United States, in violation of Title 18, United States
2 | Code, Section 1028(a)(4), a Class A Misdemeanor.

5  DATED:   April 15, 2008                    JOSEPH P. RUSSONIELLO
                                              United States Attorney

                                              /s/ Kyle F. Waldinger
                                              KYLE WALDINGER
                                              Deputy Chief, Major Crimes Section

10 (Approved as to form: /s/ Denise M. Barton
11                       DENISE MARIE BARTON
                         Assistant United States Attorney