06/25/2008 01:48 PM EST                                                                                                  Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Case No. DCAN308CR000241 | | | US V RODRIGUES | | | | |
| 001 | GERALDO RODRIGUES | 504100 | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611020229 | 1 | PR | 25.00 | 06/16/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$25.00 SPECIAL ASSESSMENT PAID IN FULL on 6-16-08

CR 08-241 MR

**FILED**
JUN 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1